AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 23, 2023**

SEAN F. McAVOY, CLERK

LARRY BUSSARD and LINDA BUSSARD,
husband and wife,                              )
*Plaintiff*                    )
v.                               )          Civil Action No.   2:19-CV-0164-TOR
)
)
J.C. PENNEY COMPANY, INC., a corporate entity,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The case is DISMISSED with prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    THOMAS O. RICE_____
on the Bankruptcy Court's Order of Discharge.

Date:  January 23, 2023_____

CLERK OF COURT

SEAN F. McAVOY_____

s/ Linda L. Hansen_____
*(By) Deputy Clerk*

Linda L. Hansen_____